# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE E. ALLEN, individually and as successor in interest of Keith W. Allen, deceased,<br>　　　　　　Plaintiff,<br>　　v.<br>CALIFORNIA HIGHWAY PATROL; and DOE CHP OFFICERS 1-10, each an individual, inclusive,<br>　　　　　　Defendants. | Case No. 2:13-CV-01821-GEB-EFB<br><br>**[PROPOSED] ORDER REGARDING FILING FIRST AMENDED COMPLAINT** |

　　The Court hereby issues this order allowing the Plaintiff in the above-captioned action to file a First Amended Complaint in accordance with the Stipulation For Filing First Amended Complaint signed by attorneys for Plaintiff and Defendants dated October 11, 2013 and filed concurrently herewith.  The Court further dismisses the CHP as a party to this action and cancels the hearing set for November 4, 2013.

**IT IS SO ORDERED.**

**Dated:  October 16, 2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge