UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE E. ALLEN, individually and as successor in interest of Keith W. Allen, deceased,<br><br>Plaintiff,<br><br>v.<br><br>RONALD STOTT; MIKE WOMACK; and DOE CHP OFFICERS 3-10, each an individual, inclusive,<br><br>Defendants. | No. 2:13-cv-01821-GEB-EFB<br><br>**ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE; FED. R. CIV. P. 4(M) NOTICE** |

    The November 18, 2013 stipulation seeking to reschedule the Status (Pretrial Scheduling) Conference, (ECF No. 13), reveals this case is not ready to be scheduled. Therefore, the Status Conference scheduled for hearing on December 9, 2013, is continued to March 17, 2014, at 9:00 a.m. A joint status report shall be filed no later than fourteen (14) days prior to the Status Conference.

    Further, Plaintiff is notified under Rule 4(m) of the Federal Rules of Civil Procedure that failure to serve Defendant Mike Womack with process within the 120 day period prescribed in that Rule may result in that defendant being dismissed. To avoid dismissal, on or before February 18, 2014, Plaintiff shall file

1

1   proof of service for Defendant Mike Womack or a sufficient
2   explanation why service was not completed within Rule 4(m)'s
3   prescribed service period.
4           IT IS SO ORDERED.
5       Dated: November 18, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge