IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LAURIE E. ALLEN, individually and as successor in interest of Keith W. Allen, deceased,**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA HIGHWAY PATROL; and DOE CHP OFFICERS 1-10, each an individual, inclusive,**<br><br>Defendants. | Case No. 2:13-cv-1821 GEB EFB<br><br>**[PROPOSED] ORDER REGARDING RESCHEDULING RULE 26 EXPERT DESIGNATIONS AND CERTAIN OTHER DATES** |

The parties' agreement to reschedule the dates for Initial Expert Designations to January 8, 2015, and for Rebuttal Expert Designations to February 5, 2015 is approved. All other dates shall remain as previously ordered.

**IT IS SO ORDERED:**

Dated:  December 4, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge