UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE E. ALLEN, individually and as successor in interest of Keith W. Allen, deceased,<br><br>Plaintiff,<br>v.<br><br>RONALD STOTT; MIKE WOMACK; and DOE CHP OFFICERS 3-10, each an individual, inclusive,<br><br>Defendants. | Case No. 2:13-CV-01821-GEB-EFB<br><br>[PROPOSED] ORDER TO ALLOW RELEASE OF COPIES OF PHOTOGRAPHS DEPICTING MR. ALLEN AFTER HE WAS DECEASED IN POSSESSION OF THE SACRAMENTO COUNTY CORONER'S OFFICE |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT BASED ON THE ABOVE ENTERED STIPULATION, the Sacramento County Coroner's Office is authorized to release the Allen Photos pursuant to the terms of the foregoing stipulation.

**IT IS SO ORDERED:**

Dated: December 15, 2014

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE