UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE E. ALLEN, individually and as successor in interest of Keith W. Allen, deceased,<br><br>        Plaintiff,<br><br>   v.<br><br>RONALD STOTT; MIKE WOMACK; and DOE CHP OFFICERS 3-10, each an individual, inclusive,<br><br>        Defendants | Case No. 2:13-CV-01821-GEB-EFB<br><br>**ORDER RESCHEDULING CERTAIN DATES IN THE SCHEDULING ORDER** |

The parties' joint request filed on February 13, 2015, changing certain dates in the scheduling order is approved as follows: the discovery completion date of March 9, 2015 is changed to April 27, 2015 and last date to hear motions is changed from May 11, 2015 to June 15, 2015; and the pretrial conference is rescheduled for August 17, 2015 at 1:30 p.m. A joint pretrial statement shall be filed seven days prior to the hearing.

Dated:  February 18, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge