1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

| | |
|---|---|
| **LAURIE E. ALLEN, individually and as successor in interest of Keith W. Allen, deceased,** | Case No. 2:13-cv-1821 GEB EFB |
| Plaintiff, | **[PROPOSED] ORDER REGARDING RESCHEDULING TRIAL DATE** |
| **v.** | |
| **CALIFORNIA HIGHWAY PATROL; and DOE CHP OFFICERS 1-10, each an individual, inclusive,** | |
| Defendants. | |

20       The Court hereby issues this order rescheduling the trial date to November 3, 2015.  All

21  other dates shall remain as previously ordered.

22

23       **IT IS SO ORDERED:**

24  Dated:  March 5, 2015

25

26  _____

27  GARLAND E. BURRELL, JR.
    Senior United States District Judge

28

1