Kamala D. Harris, State Bar No. 146672
Attorney General of California
Peter A. Meshot, State Bar No. 117061
Supervising Deputy Attorney General
Oliver R. Lewis, State Bar No. 133557
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5495
 Fax: (916) 322-8288
 E-mail: Oliver.Lewis@doj.ca.gov
*Attorneys for Defendants*
*CHP Officer Ronald Stott and*
*CHP Officer Michael Womack*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LAURIE E. ALLEN, individually and as successor in interest of Keith W. Allen, deceased,**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA HIGHWAY PATROL; and DOE CHP OFFICERS 1-10, each an individual, inclusive,**<br><br>Defendants. | NO. 2:13-cv-01821-GEB-EFB<br><br>**JOINT STIPULATION FOR POSTPONING FINAL PRETRIAL CONFERENCE TO AUGUST 31, 2015; AND ORDER** |

This case arises out of the death of Plaintiff's husband while he was in custody of the Defendants listed above. Both parties have worked cooperatively and have completed all discovery.

Due to a personal conflict in defense counsel's schedule, the parties have agreed to postpone the final pretrial conference date from August 17, 2015 to August 31, 2015, at 2:30 p.m. A joint pretrial statement shall be filed seven days prior to the hearing. The parties do not contemplate any changes to any other dates.

1

FOR GOOD CAUSE SHOWN, the parties hereby stipulate that, with the Court's permission, the pretrial conference date be postponed to the proposed date set forth above.

Dated: July 9, 2015

Respectfully submitted,

LAW OFFICES OF YORK & GARVEY

*"/s/ Sarah L. Garvey"*
_____
BY: SARAH L. GARVEY, ESQ.
Attorney for Plaintiff LAURIE E. ALLEN, individually and successor in interest to Keith W. Allen, decedent

Dated: July 9, 2015

CALIFORNIA ATTORNEY GENERAL'S OFFICE

*"/s/ Oliver R. Lewis"*
_____
BY: OLIVER R. LEWIS, ESQ.
Attorney for Defendants RONALD STOTT and MIKE WOMACK

IT IS SO ORDERED.

Dated: July 10, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1
2
3  SA2013310454
   Allen--Stip re Final Pretrial.doc
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28