UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE E. ALLEN, individually and as successor in interest of Keith W. Allen, deceased,<br><br>    Plaintiff,<br><br>  v.<br><br>RONALD STOTT, and MIKE WOMACK,<br><br>    Defendants.* | No. 2:13-cv-01821-GEB-EFB<br><br>**ORDER EXTENDING TRIAL AND FINAL PRETRIAL CONFERENCE DATES** |

    Pursuant to the parties' Joint Stipulation to Extend Trial Date and Pretrial Conference Date, (ECF No. 41), trial is rescheduled to commence at 9:00 a.m. on August 9, 2016, and the final pretrial conference is rescheduled to January 25, 2016, at 1:30 p.m.

Dated: September 4, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

---

* The caption has been amended according to the automatic dismissal of Doe Defendants. (See Status Order 1:19-28, ECF No. 20.)

1