UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE E. ALLEN, individually and as successor in interest of Keith W. Allen, deceased,<br><br>        Plaintiff,<br><br>    v.<br><br>RONALD STOTT; MIKE WOMACK; and DOE CHP OFFICERS 3-10, each an individual, inclusive,<br><br>        Defendant. | No. 2:13-cv-01821-GEB-EFB<br><br>**ORDER CONTINUING FINAL PRETRIAL CONFERENCE** |

In light of the parties' "Stipulation to Postpone Final Pretrial Conference" filed on January 5, 2016, (ECF No. 43), the final pretrial conference is continued to March 14, 2016, at 1:30 p.m. A joint final pretrial statement shall be filed no later than seven (7) days prior to the final pretrial conference.

IT IS SO ORDERED.

Dated: January 5, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1