## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE E. ALLEN, individually and as successor in interest of Keith W. Allen, deceased,<br><br>    Plaintiff,<br> v.<br><br>RONALD STOTT; MIKE WOMACK; and DOE CHP OFFICERS 3-10, each an individual, inclusive,<br><br>    Defendants. | Case No. 2:13-CV-01821-GEB-EFB<br><br>**ORDER FOR RESCHEDULING MANDATORY SETTLEMENT CONFERENCE FROM MARCH 27, 2017 TO MAY 30, 2017** |

  Good cause having been shown, the Court hereby issues this order rescheduling the mandatory settlement conference in this case from March 27, 2017 at 9:30 a.m. to May 30, 2017 at 9:30 a.m.

**IT IS SO ORDERED:**

Dated: March 24, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE