1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

| | |
|---|---|
| **LAURIE E. ALLEN, individually and as successor in interest of Keith W. Allen, deceased,** | Case No. 2:13-cv-01821 MCE-EFB |
| Plaintiff, | **ORDER** |
| v. | |
| **CALIFORNIA HIGHWAY PATROL; et al.,** | |
| Defendants. | |

12

13

14

15

16

17

18

19

        Presently before the Court is Defendants' Ex Parte Application (ECF No. 73) for stay of
20
proceedings and to set a briefing schedule on the issue of Plaintiff's standing.  Good cause having
21
been shown, that Application is GRANTED.  The trial and all pretrial dates are hereby
22
VACATED.
23
        Defendants' Motion challenging Plaintiff's standing to bring this claim shall be noticed for
24
hearing on the Court's regular civil calendar not later than October 5, 2017.  Further briefing shall
25
be filed in accordance with the Local Rules.  Aside from the substantive issues regarding
26
standing, the parties are directed to address whether any potential factual issues must be tried to
27
the Court or to a jury.  See, e.g., Cal. Code Civ. P. 377.60(b) ("'[P]utative spouse' means the
28

surviving spouse of a void or voidable marriage who is found by the court to have believed in

good faith that the marriage to the decedent was valid.").

IT IS SO ORDERED.

Dated: August 9, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2