UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE E. ALLEN,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA HIGHWAY PATROL, et al.,<br><br>    Defendants. | No. 2:13-cv-01821-MCE-EFB<br><br>EVIDENTIARY HEARING ORDER<br><br>HEARING DATE: February 6, 2018<br>TIME: 10:00 a.m. |

Having reviewed Defendants' Motion for Summary Judgment or, in the alternative, Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1), the Court has determined an evidentiary hearing is required to resolve that Motion. Accordingly, the parties and their respective counsel are hereby ordered to appear for an evidentiary hearing on Tuesday, February 6, 2018, at 10:00 a.m., concluding no later than 4:30 p.m., at which Plaintiff shall be required to establish standing to pursue this action.

The parties shall file, not later than **January 9, 1018**, a joint status report regarding issues to be resolved ("JSR"). At the time of filing the JSR, counsel shall also electronically mail to the Court in digital format compatible with Microsoft Word, the JSR in its entirety including the witness and exhibit lists. **These documents shall be sent to mceorders@caed.uscourts.gov.**

1    The parties should identify the core undisputed and disputed facts relevant to
2    Plaintiff's standing.  Where the parties are unable to agree as to what disputed facts are
3    properly before the Court for this hearing, they should nevertheless list all disputed facts
4    asserted by each party.  Each disputed fact or undisputed fact should be separately
5    numbered or lettered.
6    Each party shall identify the points of law which concisely describe the legal
7    issues of the before the Court.  Points of law should reflect issues derived from the core
8    undisputed and disputed facts.  Parties shall not include argument or authorities with any
9    point of law.
10   The parties are reminded that they are required to list in the JSR all witnesses
11   and exhibits they propose to offer at the hearing.  After the name of each witness, each
12   party shall provide a brief statement of the nature of the testimony to be proffered.  The
13   parties may file a joint list or each party may file separate lists.  These list(s) shall not be
14   contained in the body of the JSR itself, but shall be attached as separate documents to
15   be used as addenda to the Final Hearing Order.
16   Plaintiff exhibits shall be listed numerically.  Defendant exhibits shall be listed
17   alphabetically.  The parties shall use the standard exhibit stickers provided by the Court
18   Clerk's Office: pink for plaintiff and blue for defendant.  In the event that the alphabet is
19   exhausted, the exhibits shall be marked "AA-ZZ" and "AAA-ZZZ" etc.  After three letters,
20   note the number of letters in parenthesis (i.e., "AAAA(4)") to reduce confusion at trial.
21   Placement of the exhibit sticker shall not overlie any part of the exhibit to be offered.  All
22   multi-page exhibits shall be stapled or otherwise fastened together and each page within
23   the exhibit shall be numbered.  All photographs shall be marked individually.  The list of
24   exhibits shall not include excerpts of depositions, which may be used to impeach
25   witnesses.  In the event that Plaintiff and Defendant offer the same exhibit during trial,
26   that exhibit shall be referred to by the designation the exhibit is <u>first</u> <u>identified</u>.
27   ///
28   ///

The Court cautions the parties to pay attention to this detail so that all concerned will not be confused by one exhibit being identified with both a number and a letter.

IT IS SO ORDERED.

Dated: January 3, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE