UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE E. ALLEN, individually and as successor in interest of Keith W. Allen, deceased,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA HIGHWAY PATROL, et al.,<br><br>Defendants. | No. 2:13-cv-01821-MCE-EFB<br><br>**ORDER** |

On January 17, 2018, this Court issued an Evidentiary Hearing Order that will govern the hearing to be held before the Court on February 6, 2017, as to Plaintiff's standing. The Court has reviewed Defendants' subsequent objections and Plaintiff's response thereto. Those objections are hereby OVERRULED.

IT IS SO ORDERED.

Dated: January 29, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1